UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:13-cv-23350-KMM

LUIS ANGEL MADE VALDEZ,

    Plaintiff,

v.

LARIMAR ENVIOS &
CARGO EXPRESS, INC.,
JOSE V. GARCIA, individually,
and DIANA A. RUIZ, individually,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to the Court's order granting Plaintiff's Motion for an Entry of Final Judgment and for an Award of Attorney's Fees (ECF No. 64), it is ordered and adjudged that final judgment is entered in favor of Plaintiff's counsel, Zandro E. Palma and Zandro E. Palma, P.A., and against Defendants Larimar Envios & Cargo Express, Inc., Jose V. Garcia, and Diana A. Ruiz.

Plaintiff's counsel shall recover from Defendants Larimar Envios & Cargo Express, Inc., Jose V. Garcia, and Diana A. Ruiz, jointly and severally, $9,900.00 in attorney's fees and $520.00 in costs, for a total final judgment of $10,420.00, which amount shall bear interest at the legal rate for which sum execution shall issue.

The Court retains jurisdiction for post-judgment proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this  20th  day of October, 2015.

                                            K. MICHAEL MOORE
                                            CHIEF UNITED STATES DISTRICT JUDGE

cc:    Counsel of record